1  PHILLIP A. TALBERT
   United States Attorney
2  ALYSON A. BERG
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5
   Attorneys for United States
6

7
                    IN THE UNITED STATES DISTRICT COURT
8
                      EASTERN DISTRICT OF CALIFORNIA
9

10 JARNAIL SINGH, an individual;            CASE NO. 1:17-CV-01426 LJO-SAB
   DHARMINDER P. SINGH, an individual;
11 GURPREET KAUER, an individual; and      STIPULATION TO CONTINUE SCHEDULING
   JARNAIL, INC., a California Corp. d/b/a  CONFERENCE; ORDER
12 BEE'S MARKET,

13                  Plaintiffs,

14         v.

15 UNITED STATES OF AMERICA,

16                  Defendant.

17

18     Plaintiffs Jarnail Singh, an individual; Dharminder P. Singh, an individual; Gurpreet Kauer, an

19 individual; and Jarnail, Inc., a California Corp. d/b/a Bee's Market ("Plaintiffs"), and Defendant United

20 States, by and through their undersigned counsel, stipulate to continue the scheduling conference set for

21 January 16, 2018 at 9:00 a.m. to February 6, 2018 at 2:00 p.m. The parties base this stipulation on good

22 cause which allows the United States a brief extension to answer the complaint, and Plaintiffs' counsel

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

1

does not oppose a continuance. The proposed date has been cleared with the court. No dates have been set in this action. The parties request the court endorse this stipulation by way of formal order.

Respectfully submitted,

Dated: December 19, 2017
PHILLIP A. TALBERT
UNITED STATES ATTORNEY

/s/Alyson A. Berg
Alyson A. Berg
Assistant United States Attorney
Attorney for Defendant United States

Dated: December 20, 2017
METROPOLITAN LAW GROUP, PLLC

(As authorized 12/20/17)
/s/Andrew Z. Tapp
ANDREW Z. TAPP, PHV
Attorneys for Plaintiffs

**ORDER**

Having reviewed the stipulation submitted by the parties, the court continues the scheduling conference from January 16, 2018 at 9:00 a.m. to February 6, 2018 at 2:00 p.m.

IT IS SO ORDERED.

Dated: **December 20, 2017**

UNITED STATES MAGISTRATE JUDGE