IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JARNAIL SINGH, et al., | Case No.: 1:17-cv-01426 LJO-SAB |
| Plaintiffs, | ORDER RE STIPULATION TO CONTINUE DISCOVERY DEADLINES |
| v. | (ECF No. 16) |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

     Pursuant to the stipulation of the parties, the February 7, 2018 scheduling order is HEREBY AMENDED as follows:

1.     The deadline to exchange expert reports is CONTINUED to October 22, 2018;

2.     The deadline to exchange supplemental expert reports is CONTINUED to October 29, 2018;

3.     The date for non-expert discovery is CONTINUED to November 30, 2018; and

4.     The February 7, 2018 scheduling order remains in effect in all other aspects.

IT IS SO ORDERED.

Dated:   __**October 1, 2018**__

_____
UNITED STATES MAGISTRATE JUDGE