# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JARNAIL SINGH, et al., | Case No. 1:17-cv-01426-LJO-SAB |
| Plaintiffs, | ORDER RE STIPULATION TO VACATE DEADLINES PENDING SALE OF STORE |
| v. | (ECF No. 18) |
| UNITED STATES OF AMERICA, | DEADLINE: 120 DAYS |
| Defendant. | |

On October 30, 2018, the parties filed a joint stipulation requesting the Court to vacate all dates in the action to allow for the sale of Plaintiff's store, within one-hundred-twenty (120) days, and then to dismiss the action with prejudice following such completion of the sale. (EFC No. 18.)

Accordingly, it is HEREBY ORDERED that:

1.      All pending matters and dates in this action are VACATED; and

2.      Dispositional documents shall be filed within one-hundred-twenty (120) days from the date of entry of this order.

IT IS SO ORDERED.

Dated:    **October 30, 2018**

_____
UNITED STATES MAGISTRATE JUDGE