# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JARNAIL SINGH, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | Case No. 1:17-cv-01426-LJO-SAB<br><br>ORDER RE STIPULATION FOR EXTENSION OF DEADLINE PENDING SALE OF STORE<br><br>(ECF No. 21)<br><br>DEADLINE: April 3, 2019 |

On February 27, 2019, the parties filed a joint stipulation requesting the Court to continue to vacate all dates in the action to allow for the sale of Plaintiff's store, and for an additional thirty-five days to then dismiss the action with prejudice following completion of such sale. (EFC No. 21.)

Accordingly, it is HEREBY ORDERED that:

1. All pending matters and dates in this action are VACATED; and
2. Dispositional documents shall be filed by April 3, 2019.

IT IS SO ORDERED.

Dated: **February 28, 2019**

                                                UNITED STATES MAGISTRATE JUDGE