# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JARNAIL SINGH, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | CASE NO. 1:17-cv-01426-LJO-SAB <br><br> ORDER RE STIPULATION FOR EXTENSION OF DEADLINE PENDING SALE OF STORE <br><br> (ECF No. 23) <br><br> DEADLINE: May 17, 2019 |

On April 1, 2019, the parties filed a stipulation to extend the time to file dispositive documents in this matter. Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that dispositional documents shall be filed on or before May 17, 2019.

IT IS SO ORDERED.

Dated: **April 3, 2019**

_____
UNITED STATES MAGISTRATE JUDGE