# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JARNAIL SINGH, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　Defendant. | CASE NO. 1:17-cv-01426-LJO-SAB<br><br>ORDER RE STIPULATION FOR EXTENSION OF DEADLINE PENDING EXECUTION OF SETTLEMENT AGREEMENT<br><br>(ECF No. 25)<br><br>DEADLINE: May 31, 2019 |

　　　　Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that dispositional documents and dismissal with prejudice shall be filed on or before May 31, 2019.

IT IS SO ORDERED.

Dated:　**May 20, 2019**　　　　　　　　　　　　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1